**DISMISS; Opinion Filed June 25, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01693-CV

**RXEDO CONSULTING SERVICES, LTD., A TEXAS LIMITED PARTNERSHIP,**
**Appellant**
**V.**
**AMERIPLAN CORPORATION, A TEXAS CORPORATION, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04146-2009**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill and FitzGerald
Opinion by Justice Moseley

By motion filed June 17, 2014, the parties jointly move to dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Jim Moseley/
JIM MOSELEY
131693F.P05                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RXEDO CONSULTING SERVICES, LTD.,
A TEXAS LIMITED PARTNERSHIP,
Appellant

No. 05-13-01693-CV      V.

AMERIPLAN CORPORATION, A TEXAS
CORPORATION, Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-04146-2009.
Opinion delivered by Justice Moseley.
Justices O'Neill and FitzGerald
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 25th day of June, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE